# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# EL PASO DIVISION

| | |
|---|---|
| **ERIK SALAIZ, on behalf of himself and all others similarly situated,** §§§§ | |
| *Plaintiff*, § | |
| § | No. 3:24-CV-00463-LS |
| **v.** §§ | |
| **ECONOMIC TRADING, INC. d/b/a OFFER TAX, a Wyoming Corporation;** §§§ | |
| *Defendant*. § | |

## ORDER

Today, the Court considered this case. The Court ordered the parties to file dismissal documents by April 25, 2025.[1] The parties have not done so. The parties shall file dismissal documents by **May 16, 2025**.

**SO ORDERED**.

**SIGNED** and **ENTERED** on May 9, 2025.

_____
**LEON SCHYDLOWER**
**UNITED STATES DISTRICT JUDGE**

---

[1] ECF No. 7.