# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# EL PASO DIVISION

| | | |
|---|---|---|
| **ERIK SALAIZ, on behalf of himself and all others similarly situated,** | § § § § | |
| *Plaintiff,* | § § | |
| v. | § § | No. 3:24-cv-463-LS |
| **ECONOMIC TRADING, INC. d/b/a OFFER TAX, a Wyoming Corporation,** | § § § § | |
| *Defendant.* | § § | |

## ORDER DISMISSING CASE

Upon consideration of the plaintiff's Notice of Voluntary Dismissal, the Court **DISMISSES** this action with prejudice. In connection therewith, the Clerk's Office shall **CLOSE** the case.

**SO ORDERED.**

**SIGNED** and **ENTERED** on May 12, 2025.

_____
**LEON SCHYDLOWER**
**UNITED STATES DISTRICT JUDGE**