UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| **ERIK SALAIZ, on behalf of himself and all others similarly situated,** § § § § | |
| *Plaintiff*, § § | |
| v. § | No. 3:24-cv-463-LS |
| § **ECONOMIC TRADING, INC. d/b/a OFFER TAX, a Wyoming Corporation,** § § § § | |
| *Defendant*. § | |

## FINAL JUDGMENT

Consistent with its Order Dismissing Case entered today and Federal Rule of Civil Procedure 58, the Court enters this Final Judgment and dismisses this case with prejudice. All pending motions are denied as moot and the Clerk shall **CLOSE** the case.

**SO ORDERED**.

**SIGNED** and **ENTERED** on May 12, 2025.

_____
**LEON SCHYDLOWER**
**UNITED STATES DISTRICT JUDGE**